**Casey Rafael TYLER, Plaintiff–Appellant,**

v.

**Carlton B. JOYNER; Marshall Pike; Frederick Strickland; Annette Jones; Cathy Judge; Talena Lee; Ryan Smith; Abraham Monk; Dennis Rowland; Keith Granderson; Katherine Mitchell, Defendants–Appellees.**

No. 15–6040.

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2015.

Decided: July 31, 2015.

Casey Rafael Tyler, Appellant Pro Se.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion to alter or amend under Fed.R.Civ.P. 59(e). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Tyler v. Joyner,* No. 5:14–ct–03044–BO (E.D.N.C. Dec. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*